Colin Hector, Cal. Bar No. 281795
Email: colin.hector@cfpb.gov
CONSUMER FINANCIAL
PROTECTION BUREAU
301 Howard Street, Ste. 1200
San Francisco, CA 94105
Phone: (681) 326-7093
Fax: (202) 435-5477

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>*Plaintiff*,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>*Defendant*. | Case Number:<br>8:25−cv−00024−MWC−DFM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL WAIVER OF LOCAL RULE 83-2.1.3.4**<br><br>Judge: Hon. Michelle Williams Court<br>Hearing Date: February 28, 2025<br>Time: 1:30 PM PST<br>Courtroom: 6A |

PLEASE TAKE NOTICE that on February 28, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6A of the above-entitled Court, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Plaintiff Consumer Financial Protection Bureau ("Bureau") will and hereby does respectfully move the Court for an order granting the Bureau partial relief from

Local Rule 83-2.1.3.4. The Bureau seeks waiver of the aforementioned rule only in part; it requests permission to designate as local counsel a Bureau attorney who is a member in good standing of the Bar of this Court, has appeared in this matter already, and who maintains a California law office which is out-of-district.

The Bureau has been permitted to make such a designation in numerous other matters in this District, which are cited in the attached Memorandum of Points and Authorities and attached hereto as Exhibit A. This practice is also consistent with Congress's grant of independent litigation authority to the Bureau.

Pursuant to L.R. 7-3, counsel for the Bureau contacted counsel for Defendant Experian Information Solutions, Inc., Richard Grabowski of the law firm Jones Day, who advised Plaintiff's counsel by email on January 16, 2025, that Defendant does not oppose the instant motion.

Dated: January 17, 2025

Respectfully submitted,

*/s/ Colin Hector*

Colin Hector, Cal. Bar No. 281795
Email: colin.hector@cfpb.gov
CONSUMER FINANCIAL PROTECTION BUREAU
301 Howard Street, Ste. 1200
San Francisco, CA 94105
Phone: (681) 326-7093
Fax: (202) 435-5477

# MEMORANDUM OF POINTS AND AUTHORITIES

The Consumer Financial Protection Bureau (Bureau) respectfully seeks partial waiver of L.R. 83-2.1.3.4.

## I. Case Background

This action concerns alleged violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 et seq., and the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536, by Experian Information Solutions, Inc. (Experian), a nationwide credit reporting agency headquartered in Costa Mesa. The Bureau filed the Complaint in this case on January 7, 2025, and now seeks to submit applications for its staff attorneys that are not members of the Bar of this Court to appear *pro hac vice* in the case on behalf of the Bureau.

## II. Argument

Where an attorney seeks to appear in a case on a *pro hac vice* basis, the Court's Local Rules require that the attorney "designate as Local Counsel an attorney … only if he or she: (1) is a member of the Bar of this Court and (2) maintains an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business." L.R. 83-2.1.3.4. Consistent with long-standing practice that has been approved by numerous judges of this Court, the Bureau seeks to designate as local counsel an attorney employed by the Bureau who (1) is a member of the Bar of this Court and (2) maintains and is regularly physically present at a law office within the State of California, but not within the District. The Bureau respectfully submits that partial waiver L.R. 83-2.1.3.4 is appropriate under the present circumstances.

The Bureau is an independent agency of the United States created by the CFPA. The Bureau has independent litigation authority to commence enforcement proceedings throughout the United States for violations of Federal consumer financial law, *see* 12 U.S.C. §§ 5481(14), 5564.

Colin Hector is an attorney employed by the Bureau as Senior Litigation Counsel. He is a member in good standing of the Bar of this Court, and has appeared in this matter on behalf of the Bureau pursuant to L.R. 83-2.1.1.1. (Hector Decl. ¶ 2.) While Attorney Hector maintains an office in the State of California, he does so at the regional office of the Bureau located in San Francisco. The Bureau does not maintain an office within the District. Five additional attorneys employed by the Bureau (Max Weinstein, Alexander Johnson-Lee, Jennifer Yadoo, Daniel Cheriyan, and Elizabeth Aniskevich) represent the Bureau in this matter and are members in good standing of the highest courts of various states and United States Courts and are otherwise qualified to appear *pro hac vice* pursuant to L.R. 83-2.1.3.1.

The CFPA provides that "[t]he Bureau may act in its own name *and through its own attorneys* in enforcing any provision of this title, rules thereunder, or any other law or regulation, or in any action, suit, or proceeding to which the Bureau is a party." 12 U.S.C. § 5564(b) (emphasis added).[1] Congress expressly anticipated that Bureau attorneys would handle matters independently in all districts in the United States without the involvement of the U.S. Department of Justice or private counsel. *See* 12 U.S.C. § 5564(f) ("Any civil action brought under this title may be brought in a United States district court …"). Consistent with that Congressional grant of independent litigation authority, it is appropriate to allow the Bureau to designate as local counsel a member of the Bar of the Court whose California law office is out-of-District. Under similar circumstances, judges of this Court have approved such a designation. *See, e.g.,* Exhibit A, *CFPB v. SoLo Funds, Inc.,* No. 2:24-cv-04108 (C.D. Cal. Jul. 10, 2024) (Klausner, J.); *CFPB v. Consumer Advoc.*

---

[1] This authority is similar to that granted other regulatory entities, including the Federal Housing Finance Agency, 12 U.S.C. § 4513(c); the OCC, 12 U.S.C. § 93(d); the FDIC, 12 U.S.C. § 1819; the CFTC, 7 U.S.C. §§ 2(a)(4), 9(8), 13a-1; the SEC, 15 U.S.C. §§ 78aa(a), 78u(c)-(d), 78u-1(a)(1); and the FTC, 15 U.S.C. § 56(a).

*Ctr. Inc., d/b/a Premier Student Loan Ctr.*, No. 8:19-cv-01998 (C.D. Cal. Oct. 22, 2019) (Selna, J.); *CFPB v. Howard,* No. 8:17-cv-00161 (C.D. Cal. Jun. 12, 2017) (Staton, J.); *CFPB v. D & D Mktg., Inc., d/b/a T3Leads,* No. 2:15-cv-9692 (C.D. Cal. Dec. 28, 2015) (Gutierrez, J.). Indeed, this Court has recently permitted Attorney Hector to be designated as local counsel for Bureau attorneys seeking to appear in a matter *pro hac vice*. *See CFPB v. Noh et al.,* No, 8:21-cv-00488 (C.D. Cal. Jan. 2, 2025) (Holcomb, J.).

### III. Conclusion

For the foregoing reasons, the Bureau respectfully requests that it be granted partial relief from L.R. 83-2.1.3.4 and that Bureau attorneys be permitted to make applications to appear *pro hac vice* that designate as a local counsel an attorney who is a member in good standing of the Bar of this Court, but who maintains and is regularly present at an out-of-District California law office. If the Court grants the Bureau's motion, the Bureau anticipates that it will submit the applications of Attorneys Max Weinstein, Alexander Johnson-Lee, Jennifer Yadoo, Daniel Cheriyan, and Elizabeth Aniskevich to appear *pro hac vice* designating Attorney Colin Hector as local counsel.

| | | |
|---|---|---|
| 1 | Dated: January 17, 2025 | Respectfully submitted, |
| 2 | | */s/ Colin Hector* |
| 3 | | Colin Hector, Cal. Bar No. 281795 |
| 4 | | Email: colin.hector@cfpb.gov<br>CONSUMER FINANCIAL PROTECTION BUREAU |
| 5 | | 301 Howard Street, Ste. 1200 |
| 6 | | San Francisco, CA 94105 |
| 7 | | Phone: (681) 326-7093<br>Fax: (202) 435-5477 |