Colin Hector, Cal. Bar No. 281795
Email: colin.hector@cfpb.gov
CONSUMER FINANCIAL
PROTECTION BUREAU
301 Howard Street, Ste. 1200
San Francisco, CA 94105
Phone: (681) 326-7093
Fax: (202) 435-5477

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>*Plaintiff,*<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>*Defendant.* | Case Number:<br>8:25−cv−00024−MWC−DFM<br><br>**NOTICE OF MOTION AND MOTION STAYING PROCEEDINGS**<br><br>Judge: Hon. Michelle Williams Court<br>Hearing Date: March 28, 2025<br>Time: 1:30 PM PST<br>Courtroom: 6A |

PLEASE TAKE NOTICE that Plaintiff Consumer Financial Protection Bureau (the "Bureau"), moves for a stay of proceedings in this case. Defendant Experian Information Solutions, Inc., does not oppose the requested stay.

The Bureau brings this motion because good cause exists to stay these proceedings, due to instructions from its Acting Director. On February 7, 2025, President Trump designated a new Acting Director of the Bureau, Russell T. Vought. On February 8, 2025, Acting Director Vought directed "all employees, contractors, and other personnel of the Bureau … [n]ot [to] make or approve filings or appearances by the Bureau in any litigation, other than to seek a pause in proceedings." Consistent with this directive and to facilitate the review of this matter by the new administration, the Bureau respectfully submits that a stay of all proceedings and extension of all deadlines is appropriate in this matter. Courts, including this court, have recently stayed Bureau enforcement matters on the same grounds. *See, e.g.*, Order Staying Proceedings (Dkt. 202), *CFPB v. Judith Noh*, 8:21-cv-00488-JWG-ADS (C.D. Cal. Feb. 7, 2025) (staying case until further order of the court and directing Bureau to file a status report when it receives relevant guidance from the Acting Director); Minute Order, *Google Payment Corp. v. CFPB*, 1:24-cv-3419 (D.D.C. Feb. 7, 2025) (staying case for 90 days). In addition, as set forth in the proposed motion, the relief sought in the proposed motion is within the Court's inherent power to grant, and would require the parties to file joint status reports at least once every 60 days.

**LOCAL RULE 7-3 CERTIFICATION**

Pursuant to L.R. 7-3, on February 14, 2025, counsel for the Bureau met and conferred with counsel for Defendant Experian Information Solutions, Inc., Richard Grabowski of the law firm Jones Day. Mr. Grabowski has represented that Experian does not oppose the requested stay.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 20, 2025 | Respectfully submitted, |
| 3 | | /s/ Colin Hector |
| 4 | | Colin Hector, Cal. Bar No. 281795 |
| 5 | | Email: colin.hector@cfpb.gov |
| | | Consumer Financial Protection Bureau |
| 6 | | 301 Howard Street, Ste. 1200 |
| | | San Francisco, CA 94105 |
| 7 | | Phone: (681) 326-7093 |
| | | Fax: (202) 435-5477 |
| 8 | | |
| 9 | | *Attorney for Plaintiff Consumer Financial Protection Bureau* |

3

NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS