Colin Hector, Cal. Bar No. 281795
CONSUMER FINANCIAL
PROTECTION BUREAU
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (681) 326-7093
Fax: (202) 435-5468
Email: colin.hector@cfpb.gov

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*

Richard J. Grabowski (SBN 125666)
Ryan D. Ball (SBN 321772)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Phone: (949) 851-3939
Email:     rgrabowski@jonesday.com
           rball@jonesday.com

Ashley E. Sarkozi (SBN 316690)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:   +1.213.243.2539
Email:      asarkozi@jonesday.com

*Attorney for Defendant Experian*
*Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc., <br><br> Defendant. | Case No. 8:25-cv-00024-MWC-DFM <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint service (waived): Jan. 7, 2025 <br> Current response date: March 10, 2025 <br> New response date: April 9, 2025 <br><br> Judge: Hon. Michelle Williams Court |

1    Pursuant to Local Rule 8-3, Plaintiff Consumer Financial Protection Bureau and

2    Defendant Experian Information Solutions, Inc., by and through their counsel, stipulate

3    to extend Defendant's response date by 30 days. In support of their stipulation, the

4    Parties state as follows:

5      1.  Plaintiff filed its Complaint for Injunctive Relief, Redress, Disgorgement, and

6          Civil Money Penalties on January 7, 2025 (ECF No. 1);

7      2.  Pursuant to Defendant's waiver of service of the summons and complaint and

8          under Fed. R. Civ. P. 4(d)(3), Defendant's deadline to answer, move, or

9          otherwise respond to Plaintiff's Complaint is March 10, 2025 (ECF No. 8);

10     3.  Local Rule 8-3 permits the Parties to stipulate to extending Defendant's

11         response deadline by 30 days or less without seeking approval from the Court;

12     4.  Counsel for Plaintiff and Defendant have agreed to extend the time for

13         Defendant to respond to the Complaint by 30 days, to April 9, 2025;

14     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

15   between undersigned counsel, that Defendant's deadline to answer, move, or otherwise

16   respond to Plaintiff's Complaint is extended to and includes April 9, 2025.

17

18   Dated: March 7, 2025                      Respectfully submitted,

19

20                                             /s/    *Colin Hector*
                                               Colin Hector, Cal. Bar No. 281795
21                                             301 Howard Street, Suite 1200
                                               San Francisco, CA 94105
22                                             Telephone: (681) 326-7093
23                                             Email: colin.hector@cfpb.gov

24                                             *Attorney for Plaintiff Consumer Financial*
25                                             *Protection Bureau*

26

27

28

STIP. TO EXTEND DEADLINE FOR
RESPONSIVE PLEADING                    2

1

2

3

4  Dated: March 7, 2025                    /s/  *Richard J. Grabowski*

5                                          Richard J. Grabowski

                                           JONES DAY
6                                          3161 Michelson Drive, Suite 800

7                                          Irvine, California 92612

                                           Telephone: (949) 851-3939
8                                          Email: rgrabowski@jonesday.com;

9                                          *Attorneys for Defendant*
                                           EXPERIAN INFORMATION
10                                         SOLUTIONS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Date: March 7, 2025                    JONES DAY


By: /s/ *Richard J. Grabowski*
Richard J. Grabowski

*Attorneys for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC.