# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc., <br><br> Defendant. | Case No. 8:25-cv-00024-MWC-DFM <br><br> **ORDER DENYING MOTION TO STAY PROCEEDINGS (DKT. 16)** |

On February 20, 2025, pursuant to L.R. 7-19, Plaintiff Consumer Financial Protection Bureau moved to stay the proceedings in the above-captioned case. Lack of good cause cause appearing, the Court hereby **DENIES** Plaintiff's Motion to Stay.

**IT IS SO ORDERED**.

Dated: March 18, 2025

_____
THE HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE