Name and address:
Tracy L. Hilmer
Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW
Washington, DC  20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Consumer Financial Protection Bureau

　　　　　　　　　　　　　　　　　　Plaintiff(s)

v.

Experian Information Solutions, Inc.

　　　　　　　　　　　　　　　　　　Defendant(s).

CASE NUMBER

8:25-cv-00024

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hilmer, Tracy L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 435-7459
*Telephone Number*　　*Fax Number*

tracy.hilmer@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW
Washington, DC  20552

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Consumer Financial Protection Bureau

*Name(s) of Party(ies) Represent*　　✓ *Plaintiff(s)*　☐ *Defendant(s)*　☐ *Other:*

**and designating as Local Counsel**

Hector, Colin
*Designee's Name (Last Name, First Name & Middle Initial)*

281795　　　　(681) 326-7093
*Designee's Cal. Bar No.*　*Telephone Number*　*Fax Number*

colin.hector@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
301 Howard St., Suite 1200
San Francisco, CA  94105

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:　☐ for failure to pay the required fee.

　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　　☐ for failure to complete Application:

　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

　　　　　　☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: _____        _____
                              U.S. District Judge/U.S. Magistrate Judge