**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CONSUMER FINANCIAL PROTECTION BUREAU | CASE NUMBER: |
|---|---|
| | 8:25cv00024MWCDFM |
| v.                                         Plaintiff(s) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | NOTICE OF |
| | ☒ MEDIATION DATE |
| | ☐ AMENDED MEDIATION DATE |
| Defendant(s). | |

*INSTRUCTIONS:  This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.  The assigned Panel Mediator must file this Notice electronically using the following event: "Civil Events => Other Filings => ADR/Mediation Documents => Notice of Mediation Date (ADR-13)."*

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS**
☒ **SCHEDULED**   ☐ **RESCHEDULED**
**A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  February 25, 2026   at  10:00   ☒ a.m. / ☐ p.m.

**LOCATION:**  Jones Day, 3161 Michelson Dr., Suite 800, Irvine, California 92612

> The mediation session must be completed and an ADR-03 Mediation Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and may only be granted by the Panel Mediator up to the Court-ordered completion date.  Absent extraordinary circumstances, parties may not request a continuance within three business days of a scheduled mediation.  Be advised that the Panel Mediator is required to report to the Court after the mediation session as to whether the parties appeared at the mediation as required by Local Rule 16-15.5(b).  General Order No. 11-10, § 8.9.

**Dated:** July 2, 2025

| **Panel Mediator:** | Seth Aronson |
|---|---|
| **Address:** | Phillips ADR Enterprises |
| | 2101 East Coast Highway, Suite 250 |
| | Corona del Mar, CA 92625 |
| **Phone:** | (949) 760-5288 |
| **Email:** | saronson@phillipsadr.com |