**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br>*Plaintiff*,<br>v.<br>Experian Information Solutions, Inc.,<br>*Defendant*. | Case Number:<br>8:25−cv−00024−MWC−DFM<br><br>**ORDER CONTINUING HEARING DATE (DKT. 56)** |

On July 11, 2025 pursuant to L.R. 7-19, Plaintiff Consumer Financial Protection Bureau filed an ex parte application to continue the hearing date for Defendant Experian Information Solutions, Inc.'s Partial Motion to Dismiss the Amended Complaint and Motion to Strike in the above-captioned case. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion to Continue the hearing date of Defendant's Partial Motion to Dismiss the Amended Complaint and Motion to Strike (Dkt. 47) is granted.
2. The hearing date currently calendared for August 1, 2025 is continued until August 8, 2025, at 1:30 p.m.

Dated: July 14, 2025

Hon. Michelle Williams Court
United States District Judge