# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION<br><br>v.<br>Plaintiff(s)<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant(s) | CASE NUMBER:<br><br>8:25-CV-00024 MWC (DFMx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge   Douglas F. McCormick
Date/Time          July 25, 2025, at 11:30 am
Courtroom:         Telephonic

Dated:   July 22, 2025                By:   Nancy Boehme
                                            Deputy Clerk