Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Ryan D. Ball (State Bar No. 321773)
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
(T) 949-851-3939
(F) 949-553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 8:25-cv-00024-MWC-DFM<br><br>**DECLARATION OF MATTHEW T. BILLECI REGARDING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S COMPLIANCE WITH LOCAL RULE 7-3**<br><br>Date:　　October 24, 2025<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 6A |

# DECLARATION OF MATTHEW T. BILLECI

I, Matthew T. Billeci, declare and state:

1. I am an associate with the firm, Jones Day, counsel for Defendant Experian Information Solutions, Inc. ("EIS"). I make this Declaration pursuant to Local Rule 7-3, which requires that the moving party submit a declaration setting forth the dates the parties conferred regarding the motions and the respective positions taken. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I would competently testify concerning such matters.

2. On August 28 2025, EIS conferred with Plaintiff Consumer Financial Protection Bureau (the "Bureau") via videoconference regarding EIS's motion to dismiss Counts V, VI, and VII of the Second Amended Complaint and motion to strike. EIS explained that these claims were time-barred because, among other things, EIS was not a party to the Fourth Tolling Agreement, the Bureau's newly added allegations did not establish a mutual mistake, and the Fourth Tolling Agreement could not be reformed to add a new party. In response, the Bureau stated that it disagreed with EIS's legal positions and that it would oppose EIS's motion to dismiss the Second Amended Complaint and motion to strike.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2025

*/s/ Matthew T. Billeci*
Matthew T. Billeci
