UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 8:25-cv-00024-MWC-DFM<br><br>**ORDER GRANTING APPLICATION TO SEAL (DKT. 81)** |

# ORDER

On September 5, 2025, Defendant Experian Information Solutions, Inc. ("EIS") filed an Application to Seal portions of its Memorandum of Points and Authorities in support of Motion to Dismiss Counts V, VI, and VII of the Second Amended Complaint and Motion to Strike (ECF No. 79-1) as well as the exhibits attached to its Request for Judicial Notice (ECF No. 80). As set forth in EIS's Application, the following documents were lodged with this Court pursuant to Local Rule 79-5 (collectively, the "Proposed Sealed Materials"):

| | **PROPOSED SEALED MATERIALS** |
|---|---|
| 1. | Portions of EIS's Memorandum of Points and Authorities in Support of EIS's Partial Motion to Dismiss the Bureau's Second Amended Complaint and Motion to Strike. |
| 2. | Exhibits 1–5 attached to EIS's Request for Judicial Notice In Support of EIS's Partial Motion to Dismiss the Bureau's Second Amended Complaint and Motion to Strike. |

The Application is made on the basis that EIS has demonstrated compelling reasons to seal the Proposed Sealed Materials. Specifically, the Proposed Sealed Materials contain confidential communications and documents exchanged between EIS and the Bureau during its investigation. EIS's Application is narrowly tailored to only seal the material for which compelling reasons have been established.

Accordingly, the Court hereby finds that EIS has demonstrated compelling reasons to seal the Proposed Sealed Materials. EIS's Application is **GRANTED** and the Proposed Sealed Materials shall be sealed.

**IT IS SO ORDERED**.

Date: September 8, 2025

By: _____
HON. MICHELLE WILLIAMS COURT
United States District Judge