UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 8:25-cv-00024-MWC-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE FOR EXPERIAN INFORMATION SOLUTIONS, INC.'S PARTIAL MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND MOTION TO STRIKE (DKT. 86)** |

Having reviewed and considered the Parties' Joint Stipulation to Modify the Briefing Schedule for Experian Information Solutions, Inc.'s Partial Motion to Dismiss the Second Amended Complaint and Motion to Strike, the files and records of the case, the applicable law, and good cause appearing, the court ORDERS the following:

1. Plaintiff Consumer Financial Protection Bureau's opposition to Defendant Experian Information Solutions, Inc.'s Partial Motion to Dismiss the Second Amended Complaint and Motion to Strike shall be filed no later than **September 26, 2025**.

2.  Defendant Experian Information Solutions, Inc.'s reply in support of its Partial Motion to Dismiss the Second Amended Complaint and Motion to Strike shall be filed no later than **October 10, 2025**.

**IT IS SO ORDERED**.

DATE: September 12, 2025

_____
Honorable Michelle Williams Court
United States District Judge