Max Weinstein, Mass. Bar No. 600982
Email: max.weinstein@cfpb.gov
Admitted *Pro Hac Vice*
Colin Hector, Cal. Bar No. 281795
Email: colin.hector@cfpb.gov
Tracy Hilmer, D.C. Bar No. 421219
Email: tracy.hilmer@cfpb.gov
Admitted *Pro Hac Vice*
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172 (Weinstein)
Phone: (681) 326-7093 (Hector)
Phone: (202) 435-7459 (Hilmer)
Fax: (202) 435-5468

Chung H. Han, Cal. Bar No. 191757
Email: chung.han@usdoj.gov
U.S. ATTORNEY'S OFFICE
300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012
Phone: (213) 894-0474
Fax: (213) 894-7819

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case Number: 8:25-cv-00024-MWC-DFM |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES** |
| v. | |
| Experian Information Solutions, Inc., | Judge: Hon. Michelle Williams Court
Hearing Date: January 30, 2026
Time: 1:30 PM PST
Courtroom: 6A |
| Defendant. | |

PLEASE TAKE NOTICE Plaintiff Consumer Financial Protection Bureau ("Bureau") will and hereby does move the Court for an order to strike the second through sixth affirmative defenses in the Defendant Experian Information Solutions, Inc.'s Amended Answer (Dkt. 105). This motion will be heard on January 30, 2026, at 1:30 p.m. PST, in the courtroom of the Honorable Michelle Williams Court, located at the First Street U.S. Courthouse, 350 West First Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Tracy Hilmer and attached exhibits, all the papers on file in this action, and any other evidence and argument that may be presented to its ruling on the Motion.

## LOCAL RULE 7-3 CERTIFICATION

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 8, 2025.

Dated: December 15, 2025           Respectfully submitted,

*/s/ Colin Hector*
Colin Hector, Cal. Bar No. 281795

*Attorney for Plaintiff Consumer Financial Protection Bureau*