Max Weinstein, Mass. Bar No. 600982
Email: max.weinstein@cfpb.gov
Admitted *Pro Hac Vice*
Colin Hector, Cal. Bar No. 281795
Email: colin.hector@cfpb.gov
Tracy Hilmer, D.C. Bar No. 421219
Email: tracy.hilmer@cfpb.gov
Admitted *Pro Hac Vice*
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172 (Weinstein)
Phone: (681) 326-7093 (Hector)
Phone: (202) 435-7459 (Hilmer)
Fax: (202) 435-5468

Chung H. Han, Cal. Bar No. 191757
Email: chung.han@usdoj.gov
U.S. ATTORNEY'S OFFICE
300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012
Phone: (213) 894-0474
Fax: (213) 894-7819

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> *Plaintiff*, <br><br> v. <br><br> Experian Information Solutions, Inc., <br><br> *Defendant*. | Case Number: 8:25-cv-00024-MWC-DFM <br><br> **DECLARATION OF TRACY L. HILMER IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** <br><br> Judge: Hon. Michelle Williams Court <br><br> Hearing Date: January 30, 2026 <br> Time: 1:30 PM PST <br> Courtroom: 6A |

DECLARATION OF TRACY L. HILMER

I, Tracy L. Hilmer, having personal knowledge of the facts set forth below, declare:

1. I am an Enforcement Attorney employed by the Plaintiff, the Consumer Financial Protection Bureau (the "Bureau").

2. On July 29, 2025, Defendant Experian Information Solutions, Inc. ("Experian") served on the Bureau Experian's First Set of Interrogatories ("Interrogatories") and Experian's First Set of Requests for Production of Documents ("RPDs").

3. Experian's Interrogatory No. 16 asked the Bureau to: "State all facts related to the Bureau's Supervision Division's referral of its 'supervisory examination' or investigation into EIS's dispute handling procedures to the Enforcement Division, including the violations that the Supervision Division identified as a result of its 'supervisory examination' or investigation."

4. Experian's Interrogatory No. 17 asked the Bureau to: "State all facts related to the Bureau's statements that it did 'not intend to cite in an examination or bring an enforcement action against' a consumer reporting agency whose reinvestigations took 'longer than the statutory timeframe' or 'exceed[ed] the deadlines to investigate . . . disputes' in its April 1, 2020 *Statement on Supervisory and Enforcement Practices Regarding the Fair Credit Reporting Act and Regulation V in Light of the Cares Act* and its November 9, 2020 letter to Chi Chi Wu of the National Consumer Law Center. *See* ECF No. 25-4 (April 1, 2020 statement); ECF No. 25-5 (November 9, 2020 Letter to Chi Chi Wu)."

5. Exhibit 1 hereto contains a true and correct copy of Experian's Interrogatory Nos. 16 and 17.

6. Experian's RPD No. 35 sought from the Bureau: "All Documents and Communications between the Bureau's Supervision Division and Enforcement Division related to EIS's dispute handling procedures, including the Bureau's Supervision Division's referral of its 'supervisory examination' or investigation to

DECLARATION OF TRACY L. HILMER

the Enforcement Division."

7. Experian's RPD No. 42 sought from the Bureau: "All Documents and Communications related to the Bureau's statements that it did 'not intend to cite in an examination or bring an enforcement action against' a consumer reporting agency whose reinvestigations took 'longer than the statutory timeframe' or 'exceed[ed] the deadlines to investigate . . . disputes' in its April 1, 2020 *Statement on Supervisory and Enforcement Practices Regarding the Fair Credit Reporting Act and Regulation V in Light of the Cares Act* and its November 9, 2020 letter to Chi Chi Wu of the National Consumer Law Center. *See* ECF No. 25-4 (April 1, 2020 statement); ECF No. 25-5 (November 9, 2020 Letter to Chi Chi Wu)."

8. Exhibit 2 hereto contains a true and correct copy of Experian's RPD Nos. 35 and 42.

Dated: December 15, 2025

Respectfully submitted,
*/s/ Tracy L. Hilmer*
Tracy L. Hilmer
Enforcement Attorney
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Email: tracy.hilmer@cfpb.gov
Phone: (202) 435-7459
Fax: (202) 435-5468

# Exhibit 1

Richard J. Grabowski, Bar No. 125666
rgrabowski@jonesday.com
John A. Vogt, Bar No. 198677
javogt@jonesday.com
Ryan D. Ball, Bar No. 321772
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:25-cv-00024-MWC-DFM<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU**<br><br>Amended Complaint Filed: June 6, 2025 |

file following a reinvestigation by EIS prompted by a consumer's dispute(s), including, but not limited to, the name of each consumer who submitted the underlying dispute that prompted the reinvestigation, the date EIS received each such dispute, the date EIS initiated and concluded each such reinvestigation, the date EIS initially deleted the disputed information from the consumer's file, the date EIS reinserted the disputed information into the consumer's file, and the basis for your contention that the reinsertion of the disputed information violated the FCRA.

**INTERROGATORY NO. 12:**

Identify each consumer who has been harmed or injured as a result of EIS's conduct alleged in the Complaint, including, but not limited to, the name of the consumer, nature of their injury or damages, the monetary amount of each item injury, the date each injury was incurred, and all facts which form the basis of Your contention that EIS's acts or omissions proximately caused the each injury.

**INTERROGATORY NO. 13:**

Identify each instance where a consumer was denied credit, housing, employment, or other goods and services, had their credit scored lowered, or obtained credit on less favorable terms as a result of EIS's conduct alleged in the Complaint.

**INTERROGATORY NO. 14:**

Identify each data furnisher that the Bureau contends is unreliable, and state the basis for your contention that the identified furnisher is unreliable.

**INTERROGATORY NO. 15:**

For each reinvestigation of a consumer dispute where You contend that EIS violated the FCRA, identify what inaccurate information remained in the consumer's file following EIS's reinvestigation.

**INTERROGATORY NO. 16:**

State all facts related to the Bureau's Supervision Division's referral of its "supervisory examination" or investigation into EIS's dispute handling procedures

to the Enforcement Division, including the violations that the Supervision Division identified as a result of its "supervisory examination" or investigation.

**INTERROGATORY NO. 17:**

State all facts related to the Bureau's statements that it did "not intend to cite in an examination or bring an enforcement action against" a consumer reporting agency whose reinvestigations took "longer than the statutory timeframe" or "exceed[ed] the deadlines to investigate . . . disputes" in its April 1, 2020 *Statement on Supervisory and Enforcement Practices Regarding the Fair Credit Reporting Act and Regulation V in Light of the Cares Act* and its November 9, 2020 letter to Chi Chi Wu of the National Consumer Law Center. *See* ECF No. 25-4 (April 1, 2020 statement); ECF No. 25-5 (November 9, 2020 Letter to Chi Chi Wu).

Dated: July 29, 2025

JONES DAY

By: */s/ Richard J. Grabowski*
　　Richard J. Grabowski

Attorneys for Defendant
Experian Information Solutions, Inc.

# Exhibit 2

```
 1  Richard J. Grabowski, Bar No. 125666
    rgrabowski@jonesday.com
 2  John A. Vogt, Bar No. 198677
    javogt@jonesday.com
 3  Ryan D. Ball, Bar No. 321772
    rball@jonesday.com
 4  JONES DAY
    3161 Michelson Drive, Suite 800
 5  Irvine, California  92612.4408
    Telephone:  +1.949.851.3939
 6  Facsimile:   +1.949.553.7539
 7  Attorneys for Defendant
    Experian Information Solutions, Inc.
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:25-cv-00024-MWC-DFM<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU**<br><br>Amended Complaint Filed: June 6, 2025 |
|---|---|

the reinvestigation, convey internally contradictory information about the result, or simply fail to state any result whatsoever."

**REQUEST FOR PRODUCTION NO. 32:**

All Documents and Communications relating to Your allegations in Paragraph 77 of the Complaint that "Experian's results letters often provide inaccurate, contradictory, ambiguous, or confusing information to consumers regarding the outcome of their reinvestigation, and fail to inform them of what, if anything, changed on their consumer report as a result of the disputer."

**REQUEST FOR PRODUCTION NO. 33:**

All Documents and Communications relating to Your allegations in Paragraph 94 of the Complaint that "consumers who have disputed the accuracy of an account and thought that their consumer report had been corrected, instead see the same inaccurate information reappear on their consumer report without explanation under the name of a new furnisher."

**REQUEST FOR PRODUCTION NO. 34:**

All Documents and Communications relating to Your allegations in Paragraph 107 the Complaint that "[t]he Bureau . . . did not discover those violations prior to the Bureau's supervisory examination of Experian that commenced on February 1, 2021."

**REQUEST FOR PRODUCTION NO. 35:**

All Documents and Communications between the Bureau's Supervision Division and Enforcement Division related to EIS's dispute handling procedures, including the Bureau's Supervision Division's referral of its "supervisory examination" or investigation to the Enforcement Division.

**REQUEST FOR PRODUCTION NO. 36:**

All Documents related to the Bureau's supervisory examination of EIS that commenced on February 1, 2021 that the Bureau's Supervision Division provided or gave access to the Enforcement Division.

**REQUEST FOR PRODUCTION NO. 37:**

All Documents related to the Bureau's Online Complaint Portal, including, but not limited to, all Documents and information contained therein.

**REQUEST FOR PRODUCTION NO. 38:**

All Documents related to the Bureau's Consumer Complaint Database, including, but not limited to, all Documents and information contained therein.

**REQUEST FOR PRODUCTION NO. 39:**

Documents sufficient to identify all Bureau personnel, including, but not limited to, officers, directors, attorneys, staff, or any other individual employed by the Bureau with knowledge of the allegations set forth in the Complaint.

**REQUEST FOR PRODUCTION NO. 40:**

All Documents and Communications relating to EIS's noncompliance with the FCRA, including, but not limited to, compliance with 15 U.S.C. §§ 1681i(a)(1)(A), (a)(2), (a)(4), (a)(5)(A), (a)(5)(B), (a)(5)(C), (a)(6)(A), or (a)(6)(B), or 1681e(b).

**REQUEST FOR PRODUCTION NO. 41:**

All Documents and Communications between You and any Person, including but not limited to the National Association of Consumer Advocates, the National Consumer Law Center, Chi Chi Wu, law firm, or public interest organization related the allegations set forth in the Complaint.

**REQUEST FOR PRODUCTION NO. 42:**

All Documents and Communications related to the Bureau's statements that it did "not intend to cite in an examination or bring an enforcement action against" a consumer reporting agency whose reinvestigations took "longer than the statutory timeframe" or "exceed[ed] the deadlines to investigate . . . disputes" in its April 1, 2020 *Statement on Supervisory and Enforcement Practices Regarding the Fair Credit Reporting Act and Regulation V in Light of the Cares Act* and its November 9, 2020 letter to Chi Chi Wu of the National Consumer Law Center. *See* ECF No.

25-4 (April 1, 2020 statement); ECF No. 25-5 (November 9, 2020 Letter to Chi Chi Wu).

Dated:  July 29, 2025

JONES DAY

By: */s/ Richard J. Grabowski*
    Richard J. Grabowski

Attorneys for Defendant
Experian Information Solutions, Inc.