# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case Number: 8:25-cv-00024-MWC-DFM |
| *Plaintiff,* | |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE** |
| v. | |
| | Judge: Hon. Michelle Williams Court |
| Experian Information Solutions, Inc., | |
| *Defendant.* | |

Upon consideration of the Plaintiff's Motion to Strike, filed December 15, 2025, the response thereto and any reply, and the entire record, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion to Strike is **GRANTED**; and
2. Defendant's Second, Third, Fourth, Fifth, and Sixth Affirmative Defenses are struck, with prejudice, from Defendant's Amended Answer to Plaintiff's Second Amended Complaint (Dkt. 105).

Dated: _____, 2026

_____
THE HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE