1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Consumer Financial Protection Bureau,

    *Plaintiff*,

v.

Experian Information Solutions, Inc.,

    *Defendant*.

Case Number:
8:25-cv-00024-MWC-DFM

**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE (DKT. 107)**

1  On December 15, 2025, the parties jointly stipulated to an alternative
2  briefing schedule for the Plaintiff's Motion to Strike, with a hearing calendared
3  on January 30, 2026 at 1:30 p.m. The Court hereby **ORDERS** as follows:
4     1. The parties' joint stipulation is **GRANTED**.
5     2. Defendant's response to Plaintiff's Motion to Strike is due Tuesday,
6        January 6, 2026.
7     3. Plaintiff's reply to the response is due Friday, January 16, 2026.
8     4. The hearing date will remain January 30, 2026 at 1:30 p.m.
9
10     **IT IS SO ORDERED.**
11
12  Dated: December 18, 2025
13
14                      HON. MICHELLE WILLIAMS COURT
15                      UNITED STATES DISTRICT JUDGE