1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case Number: 8:25-cv-00024-MWC-DFM |
| *Plaintiff,* | |
| | **ORDER DENYING STIPULATION TO MODIFY SCHEDULING ORDER (DKT. 113)** |
| v. | |
| Experian Information Solutions, Inc., | |
| *Defendant.* | |

On February 12, 2026, the Parties stipulated to modify the scheduling order.  After reviewing the papers, the Court **DENIES** the Parties' stipulation for lack of good cause.

Dated: February 12, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE