Max Weinstein, Mass. Bar No. 600982
Email: max.weinstein@cfpb.gov
Admitted *Pro Hac Vice*
Tracy Hilmer, D.C. Bar No. 421219
Email: tracy.hilmer@cfpb.gov
Admitted *Pro Hac Vice*
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172 (Weinstein)
Phone: (202) 435-7459 (Hilmer)
Fax: (202) 435-5468

Chung H. Han, Cal. Bar No. 191757
Email: chung.han@usdoj.gov
U.S. ATTORNEY'S OFFICE
300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012
Phone: (213) 894-0474
Fax: (213) 894-7819

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

NOTICE OF MOTION AND MOTION TO COMPEL

1

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

Consumer Financial Protection Bureau,

 *Plaintiff*,

 v.

Experian Information Solutions, Inc.,

 *Defendant*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number:
8:25−cv−00024−MWC−DFM

**[DISCOVERY MATTER]**

**PLAINTIFF CONSUMER FINANCIAL BUREAU'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM EXPERIAN INFORMATION SOLUTIONS, INC.**

Judge: Hon. Douglas F. McCormick
Hearing Date: Mar. 17, 2026
Time: 10:00 AM PST
Courtroom: 6B
Discovery Cutoff: Mar. 27, 2026
Pretrial Conference: Sept. 11, 2026
Trial Date: Sept. 21, 2026

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   PLEASE TAKE NOTICE that Plaintiff Consumer Financial Protection

2   Bureau (the "Bureau"), will and hereby does move the Court under Fed. R. Civ. P.

3   37(a) and Local Rule 37-2 for an order compelling the production of documents

4   responsive to the Bureau's First Request for the Production of Documents No. 1.

5   This motion will be heard on March 17, 2026, at 10:00 a.m. PST, in the courtroom

6   of the Honorable Douglas F. McCormick, located at the Ronald Reagan Federal

7   Building and United States Courthouse, 411 West 4th Street, Santa Ana, California

8   92701, Courtroom 6B, 6th Floor.

9   This Motion is based upon this Notice of Motion and Motion, the Joint

10  Stipulation filed herewith, the accompanying declarations and exhibits

11  concurrently filed, all the papers on file in this action, and any other evidence and

12  argument that may be presented to the Court for its ruling on the Motion.

13  **LOCAL RULE 7-3 CERTIFICATION**

14  Pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 7-3, in a good faith

15  effort to resolve this discovery dispute without Court intervention, Bureau counsel

16  Max Weinstein, Colin Hector, and Tracy Hilmer met and conferred by

17  videoconference on August 15 and October 27, 2025 with counsel for Defendant

18  Experian Information Solutions, Inc., Richard Grabowski, Ryan Ball, and Matthew

19  Billeci of the law firm Jones Day.

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO COMPEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: February 20, 2026            Respectfully submitted,

*/s/ Max Weinstein*

Max Weinstein, Mass. Bar No. 600982
Email: max.weinstein@cfpb.gov
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172
Fax: (202) 435-5468

*Attorney for Plaintiff Consumer Financial
Protection Bureau*