# Exhibit A



United States of America
Consumer Financial Protection Bureau

# Civil Investigative Demand

| To | |
|---|---|
| Experian Information Solutions, Inc.<br>475 Anton Boulevard<br>Costa Mesa, CA 92626 | This demand is issued pursuant to Section 1052 of the Consumer Financial Protection Act of 2010 and 12 C.F.R. Part 1080 to determine whether there is or has been a violation of any laws enforced by the Consumer Financial Protection Bureau. |

**Action Required** (choose all that apply)

☐ Appear and Provide Oral Testimony

| Location of Investigational Hearing | Date and Time of Investigational Hearing |
|---|---|
| | |
| | Bureau Investigators |

☑ Produce Documents and/or Tangible Things, as set forth in the attached document, by the following date  **06/01/2022**

☑ Provide Written Reports and/or Answers to Questions, as set forth in the attached document, by the following date  **06/01/2022**

## Notification of Purpose Pursuant to 12 C.F.R. § 1080.5

The purpose of this investigation is to determine whether consumer reporting agencies or associated persons, in connection with consumer reporting, have (1) failed to follow the required procedures in cases of disputed accuracy in a manner that violates Section 611 of the Fair Credit Reporting Act, 15 U.S.C. § 1681i, particularly FCRA Section 611 subsections (a)(1), (a)(2), (a)(5), and (a)(6); (2) failed to maintain the required compliance procedures in a manner that violates the Fair Credit Reporting Act, 15 U.S.C. § 1681e, particularly FCRA Section 607(b); or (3) failed to follow the requirements applicable to blocking of information resulting from identity theft in a manner that violates the Fair Credit Reporting Act, 15 U.S.C. § 1681c–2, particularly FCRA Section 605B(c). The purpose of this investigation is also to determine whether Bureau action to obtain legal or equitable relief would be in the public interest.

| Custodian / Deputy Custodian | Bureau Counsel |
|---|---|
| David Rubenstein/Elizabeth Rosario<br>Consumer Financial Protection Bureau<br>1700 G Street NW<br>ATTN: Office of Enforcement<br>Washington, DC 20552 | Max Weinstein/Alexander Johnson<br>Consumer Financial Protection Bureau<br>1700 G Street NW<br>ATTN: Office of Enforcement<br>Washington, DC 20552 |

| Date Issued | Signature | |
|---|---|---|
| 05/02/2022 | David M. Rubenstein | Digitally signed by David M. Rubenstein<br>Date: 2022.05.02 13:03:02 -04'00' |
| | Name / Title  David Rubenstein, Deputy Enforcement Director | |

### Service
The delivery of this demand to you by any method prescribed by the Consumer Financial Protection Act of 2010, 12 U.S.C. § 5562, is legal service. If you fail to comply with this demand, the Bureau may seek a court order requiring your compliance.

### Travel Expenses
Request a travel voucher to claim compensation to which you are entitled as a witness before the Bureau pursuant to Section 1052 of the Consumer Financial Protection Act of 2010, 12 U.S.C. § 5562.

### Right to Regulatory Enforcement Fairness
The CFPB is committed to fair regulatory enforcement. If you are a small business under Small Business Administration standards, you have a right to contact the Small Business Administration's National Ombudsman at 1-888-REGFAIR (1-888-734-3247) or www.sba.gov/ombudsman regarding the fairness of the compliance and enforcement activities of the agency. You should understand, however, that the National Ombudsman cannot change, stop, or delay a federal agency enforcement action.

### Paperwork Reduction Act
This demand does not require approval by OMB under the Paperwork Reduction Act of 1980.

Exhibit A - Page 012

## SECOND CIVIL INVESTIGATIVE DEMAND FOR
## PRODUCTION OF DOCUMENTS AND WRITTEN REPORTS

I.    **Requests.**

**Request for Written Reports**

6.



1



Exhibit A - Page 014

CONFIDENTIAL

CFPB-EXP-00003717



Exhibit A - Page 015

CFPB-EXP-00003718



CONFIDENTIAL

Exhibit A - Page 016

CFPB-EXP-00003719



Exhibit A - Page 017

CFPB-EXP-00003720

Exhibit A - Page 018

CFPB-EXP-00003721



7

CONFIDENTIAL
CFPB-EXP-00003722