Max Weinstein, Mass. Bar No. 600982
Email: max.weinstein@cfpb.gov
Admitted *Pro Hac Vice*
Tracy Hilmer, D.C. Bar No. 421219
Email: tracy.hilmer@cfpb.gov
Admitted *Pro Hac Vice*
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172 (Weinstein)
Phone: (202) 435-7459 (Hilmer)
Fax: (202) 435-5468

Chung H. Han, Cal. Bar No. 191757
Email: chung.han@usdoj.gov
U.S. ATTORNEY'S OFFICE
300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012
Phone: (213) 894-0474
Fax: (213) 894-7819

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>    *Plaintiff*,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>    *Defendant*. | Case Number:<br>8:25-cv-00024-MWC-DFM<br><br>**NOTICE OF *EX PARTE* APPLICATION AND PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING EXPERT, SUMMARY JUDGMENT AND OTHER CASE DEADLINES**<br><br>Judge: Hon. Michelle Williams Court<br>Fact Discovery Cutoff: Mar. 27, 2026<br>Pretrial Conference: Sept. 11, 2026<br>Trial Date: Sept. 21, 2026 |

PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING DATE OF DEFENDANT'S PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT AND MOTION TO STRIKE

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE that Plaintiff Consumer Financial Protection |
| 2 | Bureau ("Bureau") will and hereby does apply to the Court *ex parte*, pursuant to |
| 3 | Local Rule 7-19, for an order to continue expert, summary judgment and other case |
| 4 | deadlines in this case as follows: |

| Event | Current Deadline (Dkt. 41) | Requested Deadline |
|---|---|---|
| Expert Disclosure (Initial) | 4/3/26 | 5/15/2026 |
| Expert Disclosure (Rebuttal) | 4/17/26 | 6/5/2026 |
| Expert Discovery Cut Off | 5/1/26 | 6/19/2026 |
| Last Day to Hear Motions | 6/12/26 | 9/10/2026 |
| Date to Complete Settlement Conference | 7/3/26 | 10/1/2026 |
| Meet and confer 40 days in advance of FPTC | 7/31/26 | 10/29/2026 |
| Trial Filings (first round) – including motions in limine (limited to 5) | 8/14/26 | 11/12/2026 |
| Trial Filings (second round) | 8/28/26 | 12/3/2026 |
| Final Pretrial Conference | 9/11/26 | 12/8/2026 |
| Trial | 9/21/26 | 12/11/2026 or the Court's earliest next availability |

The Bureau brings this application because, as set forth in the accompanying Declaration of Max Weinstein, the Bureau has diligently prepared this case for trial and good cause exists to continue the expert, summary judgment and other case deadlines and there would be irreparable prejudice if the current case deadlines remain. As detailed more fully in the Bureau's Proposed Motion for Continuance

1

PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING DATE OF DEFENDANT'S PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT AND MOTION TO STRIKE

of Expert Discovery and Summary Judgment Deadlines, the Bureau's expert has been retained as an expert in three federal criminal matters and a confidential arbitration, which are collectively scheduled for trial from 3/23/2026 to 5/29/2026, with only one fully uncommitted week. No fault or lack of diligence on the Bureau's part has necessitated this *Ex Parte* Application. The Bureau first sought the Defendant's agreement to extend deadlines in this case on January 20, 2026. The parties filed a joint stipulation seeking extensions of all outstanding deadlines on February 12, 2026, which the Court denied on February 13, 2026.

Under the Central District of California's local rules, a "notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing." L.R. 6-1. Additionally, Local Rule 7-3 requires counsel to meet and confer seven days prior to the filing of a motion. In accordance with these rules, the earliest hearing date possible for the Bureau's proposed motion to continue discovery and other case deadlines is after April 3, 2026, the day expert disclosures are presently due.

## LOCAL RULE 7-19.1 CERTIFICATION

Pursuant to Local Rule 7-19.1, the Bureau orally and by e-mail advised Experian's counsel, John Vogt, Matthew Billeci, Richard J. Grabowski and Ryan Ball of Jones Day on March 6, 2026, about the substance of the motion. On March 6, 2026, Counsel for Experian advised that "Experian will not oppose the Bureau's request, provided it also includes a 45-day extension of the fact discovery deadline. Otherwise, Experian intends to oppose the request." The Bureau is not seeking a 45-day (or any) extension of the fact discovery deadline, and so anticipates that Experian intends to oppose this motion. On March 6, 2026, the Bureau advised opposing counsel that the motion would be filed later that day. The Bureau further advised opposing counsel that, based on its understanding of Judge Williams

2

PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING DATE OF DEFENDANT'S PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT AND MOTION TO STRIKE

1  Court's procedures, Experian will have until the end of Monday, March 9, 2026, to
2  oppose this motion.
3
4  Dated: March 6, 2026              Respectfully submitted,
5                                    /s/ Max Weinstein
6                                    Max Weinstein, Mass. Bar No. 600982
                                     Admitted *Pro Hac Vice*
7                                    Email: max.weinstein@cfpb.gov
                                     CONSUMER FINANCIAL
8                                    PROTECTION BUREAU
                                     1700 G. Street, NW
9                                    Washington, DC 20552
10                                   Phone: (202) 435-9172
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28