```
 1 | Max Weinstein, Mass. Bar No. 600982
   | Admitted *Pro Hac Vice*
 2 | Email: max.weinstein@cfpb.gov
   | Tracy Hilmer, D.C. Bar No. 421219
 3 | Email: tracy.hilmer@cfpb.gov
   | Admitted *Pro Hac Vice*
 4 | CONSUMER FINANCIAL
   | PROTECTION BUREAU
 5 | 1700 G Street, NW
   | Washington, DC 20552
 6 | Phone: (202) 435-9172 (Weinstein)
 7 | Phone: (202) 435-7459 (Hilmer)
   | Fax: (202) 435-5468
 8 |
 9 | Chung H. Han, Cal. Bar No. 191757
   | Email: chung.han@usdoj.gov
10 | U.S. ATTORNEY'S OFFICE
   | 300 N. Los Angeles St., Suite 7516
11 | Los Angeles, CA 90012
   | Phone: (213) 894-0474
12 | Fax: (213) 894-7819
13 |
   | *Attorney for Plaintiff*
14 | *Consumer Financial Protection Bureau*
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| Consumer Financial Protection Bureau, | ) | Case Number: |
| --- | --- | --- |
| *Plaintiff*, | ) | 8:25-cv-00024-MWC-DFM |
| | ) | |
| v. | ) | **NOTICE OF LODGING PROPOSED ORDER FOR CONTINUANCE OF EXPERT, SUMMARY JUDGMENT AND OTHER CASE DEADLINES** |
| Experian Information Solutions, Inc., | ) | |
| *Defendant*. | ) | Judge: Hon. Michelle Williams Court |
| | ) | Fact Discovery Cutoff: Mar. 27, 2026 |
| | ) | Pretrial Conference: Sept. 11, 2026 |
| | ) | Trial Date: Sept. 21, 2026 |

NOTICE OF LODGING PROPOSED MOTION CONTINUING HEARING DATE

PLEASE TAKE NOTICE that Plaintiff, the Consumer Financial Protection Bureau (the "Bureau"), lodges the attached Proposed Order Continuing Expert, Summary Judgment and Other Case Deadlines. The Bureau respectfully requests that the Court enter the Proposed Order.

Dated: March 6, 2026

Respectfully submitted,

*/s/ Max Weinstein*

Max Weinstein, MA. Bar No. 600982
Email: max.weinstein@cfpb.gov
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172