1

2    Max Weinstein, Mass. Bar No. 600982
     Admitted *Pro Hac Vice*
3    Email: max.weinstein@cfpb.gov
     Tracy Hilmer, D.C. Bar No. 421219
4    Email: tracy.hilmer@cfpb.gov
     Admitted *Pro Hac Vice*
5    CONSUMER FINANCIAL
     PROTECTION BUREAU
6    1700 G Street, NW
     Washington, DC 20552
7    Phone: (202) 435-9172 (Weinstein)
     Phone: (202) 435-7459 (Hilmer)
8    Fax: (202) 435-5468

9    Chung H. Han, Cal. Bar No. 191757
     Email: chung.han@usdoj.gov
10   U.S. ATTORNEY'S OFFICE
     300 N. Los Angeles St., Suite 7516
11   Los Angeles, CA 90012
     Phone: (213) 894-0474
12   Fax: (213) 894-7819

13

14   *Attorney for Plaintiff*
     *Consumer Financial Protection Bureau*

15

16                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
17                     **SOUTHERN DIVISION**

18
                                                )
19   Consumer Financial Protection Bureau, )    Case Number:
                                                )    8:25-cv-00024-MWC-DFM
20           *Plaintiff,*                        )
                                                )    **NOTICE OF WITHDRAWAL OF**
21       v.                                      )    **EX PARTE APPLICATION AND**
                                                )    **PROPOSED MOTION FOR**
22                                              )    **CONTINUANCE OF EXPERT,**
                                                )    **SUMMARY JUDGMENT AND**
23   Experian Information Solutions, Inc.,  )    **OTHER CASE DEADLINES**
                                                )
24           *Defendant.*                        )    Judge: Hon. Michelle Williams Court
                                                )    Fact Discovery Cutoff: Mar. 27, 2026
25                                              )    Pretrial Conference: Sept. 11, 2026
                                                )    Trial Date: Sept. 21, 2026
26                                              )

27

28

_____

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION AND PROPOSED MOTION TO
CONTINUE EXPERT, SUMMARY JUDGMENT AND OTHER CASE DEADLINES

1         PLEASE TAKE NOTICE that Plaintiff, the Consumer Financial Protection

2    Bureau (the "Bureau"), hereby withdraws its Ex Parte Application and Proposed

3    Motion Continuing Expert, Summary Judgment and Other Case Deadlines (Dkt.

4    126). After filing its motion, the Bureau received Judge McCormick's March 6,

5    2026 order (Dkt. 129) granting the Bureau's Motion to Compel (Dkt. 115). Judge

6    McCormick ordered the Defendant to complete its production within 45 days (i.e.,

7    on or before April 20, 2026) or seek an extension of that deadline supported by a

8    declaration from a qualified technical expert. *Id.* at 4. The Bureau is evaluating

9    Judge McCormick's order together with this Court's Scheduling Order and

10    conferring with its expert. The Bureau expects to resubmit a revised application to

11    extend non-fact discovery deadlines as soon as possible, taking into account Judge

12    McCormick's order.

13

14    Dated: March 9, 2026          Respectfully submitted,

15                        */s/ Max Weinstein*

16                        Max Weinstein, MA. Bar No. 600982

17                        Email: max.weinstein@cfpb.gov
CONSUMER FINANCIAL

18                        PROTECTION BUREAU
1700 G Street, NW

19                        Washington, DC 20552

20                        Phone: (202) 435-9172

21

22

23

24

25

26

27

28

---

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION AND PROPOSED MOTION TO
CONTINUE EXPERT, SUMMARY JUDGMENT AND OTHER CASE DEADLINES