# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 25-00024-MWC (DFMx) | Date: | March 18, 2026 |
|---|---|---|---|
| Title | Consumer Financial Protection Bureau v. Experian Information Solutions, Inc. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| **Proceedings:** | **(IN CHAMBERS) Order Re: Ex Parte Application (Dkt. 133)** |
|---|---|

The Court sets a telephonic hearing on Plaintiff's Ex Parte Application for Protective Order for Defendant's Notice of Rule 30(b)(6) Deposition for Thursday, March 19, 2026, at 3:30 p.m. The Court's deputy clerk will circulate call-in information.