Max Weinstein, Mass. Bar No. 600982
Admitted *Pro Hac Vice*
Email: max.weinstein@cfpb.gov
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G. Street, NW
Washington, DC 20552
Phone: (202) 435-9172
Fax: (202) 435-5468

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Consumer Financial Protection Bureau, )<br><br>  *Plaintiff*, )<br><br>  v. )<br><br>Experian Information Solutions, Inc., )<br><br>  *Defendant*. ) | Case Number:<br>8:25−cv−00024−MWC−DFM<br><br>**NOTICE OF LODGING**<br>**PROPOSED MOTION FOR**<br>**CONTINUANCE OF DISCOVERY**<br>**AND OTHER CASE DEADLINES**<br><br>Judge: Hon. Michelle Williams Court |

PLEASE TAKE NOTICE that Plaintiff, the Consumer Financial Protection Bureau (Bureau), lodges the attached Proposed Order Continuing Case Deadlines. The Bureau respectfully requests that the Court enter the Proposed Order.

Dated:  June 1, 2026

Respectfully submitted,

*/s/ Max Weinstein*

Max Weinstein, MA. Bar No. 600982
Email: max.weinstein@cfpb.gov
CONSUMER FINANCIAL
PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9172

NOTICE OF LODGING