RICHARD J. GRABOWSKI (SBN 125666)
*RGrabowski@goodwinlaw.com*
JOHN A. VOGT (SBN 198677)
*JAVogt@goodwinlaw.com*
RYAN D. BALL (SBN 321772)
*RBall@goodwinlaw.com*
**GOODWIN PROCTER LLP**
660 Newport Center Drive
Suite 450, 4th Floor
Newport Beach, CA 92660
Tel. +1 949 743 3400
Fax: +1 949 743 3485

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 8:25-cv-00024-MWC-DFM <br><br> **DECLARATION OF MATTHEW T. BILLECI IN SUPPORT OF THE JOINT MOTION FOR CONTINUANCE OF CASE DEADLINES** <br><br> Complaint Filed: January 7, 2025 <br> FAC Filed:       June 6, 2025 <br> SAC Filed:       August 22, 2025 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

## DECLARATION OF MATTHEW T. BILLECI

I, Matthew T. Billeci, declare as follows:

1.      I am an associate with the law firm Goodwin Procter LLP and counsel of record for Defendant Experian Information Solutions, Inc. ("EIS") in the above-captioned matter. I submit this Declaration in connection with the Joint Motion to Continue Case Deadlines. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2.      During the Bureau's investigation prior to this lawsuit, EIS produced an extract for approximately 600,000 dispute files from its Consumer Assistance Processing System ("CAPS") database—the ACDV Log, Disclosure Log, and D/R Log.  Every dispute file in the extract was an external dispute.  The extract did not include a data field for internal remarks made by EIS. The Bureau reproduced the extract in this matter.

3.      Because the Bureau's claims asserted in this action relate solely to external disputes and the Bureau's motion to compel stated it sought the "production of the same kinds of data that were produced in the investigation," Dkt No. 115-1, at 11 n.3, EIS produced the D/R Log in the same form as during the investigation. That is, the D/R Log it produced here includes all external disputes and contains the same data fields as the extract.

4.      EIS never understood the Bureau to be seeking data related to internal disputes or additional data fields.

5.      After the Bureau raised the issue with EIS, the parties conferred to discuss their misunderstanding of the data sought by the Bureau.

6.      Following the conferral, EIS agreed to produce an additional data field in the D/R Log containing internal remarks, and D/R Log and Disclosure Log data for internally resolved disputes.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

-1-

BILLECI DEC. ISO JOINT MOTION
TO CONTINUE CASE DEADLINES
CASE NO. 8:25-CV-00024-MWC-DFM

7.     EIS's counsel of record in this matter, Richard J. Grabowski, John A. Vogt, Ryan D. Ball, and Matthew T. Billeci, are also lead counsel for Experian Data Corp. in *People v. Experian Data Corp.*, 30-2019-01047183-CU-BT-CJC, in Orange County Superior Court. Trial in that matter is set to commence on August 17, 2026 and is expected to last approximately ten court days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2026.

/s/ Matthew T. Billeci
Matthew T. Billeci