RICHARD J. GRABOWSKI (SBN 125666)
rgrabowski@goodwinlaw.com
JOHN A. VOGT (SBN 198677)
javogt@goodwinlaw.com
RYAN D. BALL (SBN 321772)
rball@goodwinlaw.com
**GOODWIN PROCTER LLP**
660 Newport Center Drive
Suite 450, 4th Floor
Newport Beach, CA 92660
Tel. +1 949 743 3400
Fax: +1 949 743 3485

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. 8:25-cv-00024-MWC-DFM <br><br> **DECLARATION OF MATTHEW FARNHAM IN SUPPORT OF JOINT MOTION FOR CONTINUANCE OF CASE DEADLINES** |

ACTIVE/208699340.1

## **DECLARATION OF MATTHEW FARNHAM**

I, Matthew Farnham, declare and state:

1.     I am over the age of 21 years and am otherwise competent to give this declaration.

2.     I have been employed with Experian Information Solutions, Inc. ("EIS") since November 2000.  During my tenure at Experian, I have served in numerous roles involving Experian's processing of consumer disputes and the associated infrastructure that supports that regulatory function. I currently serve as the Product Owner of the Experian Compliance Platform ("ECP"), formerly known as the Consumer Assistance Processing System ("CAPS"), within Experian's Data and Governance Department.

3.     I have personal knowledge of the matters described herein based on my work and experience as an employee of EIS, on information available to me as part of my employment, and on my review of documents and records maintained by Experian in the ordinary course of its business.  If I were called upon to testify regarding the matters described herein, I could and would competently do so.

4.     I submit this Declaration in support of the parties' Joint Motion For Continuance of Case Deadlines. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

5.     EIS devoted significant resources to comply with Judge McCormick's order regarding the production of the CAPS database. It deployed multiple data engineers to build customized software solutions to facilitate the extraction of the CAPS database. These data engineers worked approximately 300 hours in the past month to build the solutions.  EIS also held regular meetings to discuss the status of the CAPS database production to ensure EIS's compliance with Judge McCormick's order.  Due to these efforts, EIS completed production of the CAPS database by May 1, 2026.

6.     EIS's production of the CAPS database consisted of files for three

- 2 -

separate "logs"—the ACDV log, Disclosure Log, and D/R Log. Each "log" contains more than 94 million dispute files. The D/R Log was produced in ten separate .csv files.

7.    I understand that on May 22, 2026, the Bureau contacted counsel for EIS regarding a discrepancy between the number of disputes contained in the D/R Log compared with ACDV and Disclosure Logs.

8.    EIS immediately investigated the discrepancy and quickly identified that of the 10 .csv files that EIS produced the D/R log in, files 1, 2, 4, and 6 contained a discrepancy.

9.    EIS thereafter remediated the error in the log and produced renewed files 2, 4, and 6 on May 26, 2026. Two days later, EIS produced file 11, which supplemented file 1 with any missing files.

10.    During the relevant period, EIS internally resolved tens of millions of internal disputes.

11.    Given this volume, producing the D/R Log and Disclosure Log for internal disputes will require a similar undertaking as the one required to produce external disputes.  EIS will be required to create a customized query to identify the internal disputes, extract the data, conduct a quality control review of the data, and produce the data to Bureau.

12.    EIS therefore estimates that it will need at least 45 days to complete the production of D/R Log and Disclosure Log for the internal disputes.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of July, 2026, in Garland, Texas.

_____
MATTHEW FARNHAM

- 3 -

MATTHEW FARNHAM DECL ISO JOINT
MOT. TO CONTINUE CASE DEADLINES
Case No. 8:25-cv-00024-MWC-DFM